**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| SANDRA PRUDHOMME, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:23-CV-358-CLS |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| *Defendant*. § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Order Affirming Administrative Decision, the court **ORDERS** that the Commissioner's decision is **AFFIRMED**. The Court further **ORDERS** that this action is **DISMISSED**. The Clerk is directed to **CLOSE** this case.

**SIGNED this the 25th day of November, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

1